# ZDARSKY, SAWICKI & AGOSTINELLI LLP
## ATTORNEYS AT LAW
404 CATHEDRAL PLACE
298 MAIN STREET
BUFFALO, N.Y. 14202
716-855-3200

JOSEPH E. ZDARSKY
K. MICHAEL SAWICKI
GUY J. AGOSTINELLI
GERALD T. WALSH
MARK J. SCHLANT
PATRICK A. DUDLEY
THOMAS P. FITCH
DONALD G. POWELL
DAVID E. GUTOWSKI

TELECOPIER: 716-855-3101
(NOT FOR SERVICE OF PAPERS)

*11091590*
*$3.27*
*4/4/11*

March 30, 2011

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
Olympic Towers
300 Pearl Street
Suite 250, 2nd Floor
Buffalo, New York 14202

Re: Kevin and Pamela Lawrence; Case No. 08-14308B
Request to Deposit Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $3.27. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

____ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

__X__ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Claimant <u>Amherst Orthopedic c/o Thomas J. Gaffney</u>   Amount $<u>3.27</u>   Claims Register #<u>6</u>

_____
Trustee Name

